■ ABRAHAM FRANKEL et al., Appellants, v FRENCH & POLYCLINIC MEDICAL SCHOOL AND HEALTH CENTER, Defendant, and PAUL POST, Respondent.— Order of the Supreme Court, Nassau County, dated October 26, 1978, affirmed, without costs or disbursements (see Chalk v Catholic Med. Center of Brooklyn & Queens, 58 AD2d 822). Mollen, P. J., Damiani, O'Connor and Rabin, JJ., concur.